No. 698.  CAMPBELL *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *Leon Silverman* and *Victor S. Friedman* for petitioner.  *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Joseph M. Howard* for the United States.

No. 781.  TENNESSEE BURLEY TOBACCO GROWERS' ASSOCIATION *v.* COMMODITY CREDIT CORP.  C. A. 6th Cir. Certiorari denied.  *R. Arnold Kramer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *J. F. Bishop* for respondent.

No. 793.  FOWLER ET UX. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *William H. Bowen* for petitioners.  *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 821.  INDIVIGLIO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Jerome Lewis* and *Thomas R. Newman* for petitioner.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 830.  GRAND RIVER DAM AUTHORITY *v.* NATIONAL GYPSUM Co.  C. A. 10th Cir.  Certiorari denied.  *Q. B. Boydstun, Samuel Hess Crossland* and *James R. Ryan* for petitioner.  *Remington Rogers, Gerard K. Donovan* and *Dan A. Rogers* for respondent.

No. 843.  GINSBURG *v.* GINSBURG ET AL.  C. A. 9th Cir.  Certiorari denied.  *Paul Ginsburg,* petitioner, *pro se.*